NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMINION RESOURCES, INC., VIRGINIA ELECTRIC AND POWER COMPANY,**
*Plaintiffs - Appellees*

v.

**ALSTOM GRID, INC.,**
*Defendant - Appellant*

---

2017-1158

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in no. 2:15-cv-00224-MAK, Judge Mark A. Kearney.

---

**O R D E R**

On consideration of the notice of appeal filed on November 1, 2016, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court for the Eastern District of Pennsylvania rendering the notice of appeal ineffective,

IT IS ORDERED THAT:

The appeal is deactivated. The parties are directed to notify this court upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT

November 4, 2016        /s/ Peter R. Marksteiner
                        Peter R. Marksteiner
                        Clerk of Court